BEFORE THE SECOND DIVISION, MARCH 23, 1960

No. 63990.—Wedemann & Godknecht, Inc. v. United States, protest 59/21104 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 63991.—H. Rosenhirsch Co., Inc. v. United States, protest 284930–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of Empire Brushes, Inc., et al. v. United States (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63992.—Lacy Falk v. United States, protests 59/25996, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of Empire Brushes, Inc., et al. v. United States (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63993.—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) v. United States, protest 59/1154 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of Pollak Industrial Corp. et al. v. United States (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

No. 63994.—Ecuadorian Panama Hat Co., Inc. (S. Stern Henry & Co.) v. United States, protests 59/15337, etc. (New York).